**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Alberto Flores, | ) | No. CIV 06-679-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Phillip Verdugo, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Pending before the Court is the parties' Stipulation For Extension of Time for Rule 16 Conference. (Dkt. 10)  Good cause appearing,

**IT IS ORDERED** the parties' Stipulation For Extension of Time for Rule 16 Conference (Dkt. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Rule 16 Conference currently scheduled for May 22, 2007 has been reset and will now take place on **May 23, 2007 at 2:00 p.m.**

**IT IS FURTHER ORDERED** that all provisions of the Court's March 19, 2007, Order Setting Rule 16 Preliminary Pretrial Conference (Dkt. 9) remain in full force and effect with the exception of the date changed above.

DATED this 9th day of May, 2007.

Stephen M. McNamee
United States District Judge