**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alberto Flores, | ) CIV-06-0679-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| Phillip Verdugo, et al., | ) |
| Defendants. | ) |

Pursuant to the parties' Joint Motion for Extension of Discovery Deadline (Dkt. 35) and good cause appearing therefore,

**IT IS HEREBY ORDERED** extending the date for close of discovery in this matter to and including January 25, 2008. All other dates in the Scheduling Order dated June 1, 2007 (Dkt. 19) shall remain in full effect.

DATED this 4th day of January, 2008.

Stephen M. McNamee
United States District Judge