**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alberto Flores,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Phillip Verdugo, et al.,<br><br>　　　　　Defendants. | CIV-06-0679-PHX-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's motion for an extension of time to file his Response to Defendants' Motion for Summary Judgment (Dkt. 63). Plaintiff's counsel requests a one-week extension on account of his paralegal support staff has been sick and out of work. Good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's motion for an extension of time (Dkt. 63). Plaintiff shall have through and including **April 16, 2008** to file his Response to Defendants' Motion for Summary Judgment and Response to Defendants' Separate Statement of Facts.

DATED this 10th day of April, 2008.

_____
Stephen M. McNamee
United States District Judge